**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

    **v.**                                                      **Case No. 3:01cr122/RV**

**TOMAS CABRERA BALBUENA**
_____/

### ORDER REDUCING SENTENCE

    Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc. 117) The Government has certified defendant Balbuena's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

    Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED. Accordingly, defendant Balbuena's sentence and judgment entered herein on April 12, 2002, is hereby amended and his sentence of imprisonment is reduced from a term of one hundred fifty (150) months to a term of seventy-five (75) months. In all other respects, the defendant's judgment of April 12, 2002 (doc. 53), remains in full force and effect.

    DONE AND ORDERED this 13th day of December, 2005.

                                            /s/ *Roger Vinson*
                                           **ROGER VINSON**
                                           **Senior U.S. District Judge**